XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ANTOANETA IOTOVA,<br><br>　　　　　　　　　　Defendant. | **ORDER**<br><br>17 Cr. 0025-2 (ER) |

Ramos, D.J.:

　　　The C.J.A. attorney assigned to this case, Thomas Nooter and Susan Marcus, are hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Sabrina Shroff**.

SO ORDERED.

Dated:　New York, New York
　　　　October 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.