SABRINA P. SHROFF  
ATTORNEY

80 BROAD STREET  
19TH FLOOR  
NEW YORK, NEW YORK 10004  
TEL: (646) 763-1490

February 28, 2023

**MEMO ENDORSED**

ECF

Hon. Edgardo Ramos  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: **United States v. Almaleh**, 17-CR-025 (ER)

Dear Judge Ramos:

Antoneta Iotova has been sentenced by this Court and I write to ask the Court to allow Ms. Iotova to retrieve her passport from PreTrial Services.

Ms. Iotova's passport was provided to Pretrial Services as conditions of her release; as there is no pending case, we ask that Pretrial be allowed to release the passport to Ms. Iotova.

Respectfully submitted,

/s/Sabrina P. Shroff  
Counsel for Ms. Iotova

---

Pretrial is respectfully directed to return to Ms. Iotova her passport.

SO ORDERED: _____  
Hon. Edgardo Ramos  
DATED: March 1, 2023