UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

vs.                                                Case No. 17 Cr. 25

ANTOANETA IOTOVA,                     **LIMITED UNSEALING ORDER**

                        Defendant.
_____

All sealed psychiatric or other reports relating to the competency to stand trial of defendant Antoaneta Iotova are hereby unsealed for the limited purpose of providing copies of those reports to Ms. Iotova's appellate counsel, Elizabeth M. Johnson.

Dated: New York, New York
          August 7, 2023

                                                  _____
                                                  United States District Judge