UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 Plaintiff,

-*against*-

ISSAK ALMALEH, a/k/a "Issak Izrael," *and* ANTOANETA IOTOVA,

                 Defendants.

**ORDER**

17-cr-25 (ER)

RAMOS, D.J.

    Issak Almaleh and Antoaneta Iotova filed a motion for reconsideration and to vacate judgment "due to violation of due process and right to present a complete defense" on May 16, 2025. Doc. 622. The Government is directed to respond by May 30, 2025.

    SO ORDERED.

Dated:  May 16, 2025
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.