UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.                                         17 Cr. 025 (ER)

ANTOANETA IOTOVA,                  **ORDER**

                Judgment Debtor.

EDGARDO RAMOS, District Judge:

      WHEREAS, on or about February 14, 2017, Antoaneta Iotova paid $5,000 to the Clerk of Court as and for her appearance bond, and those funds remain on deposit with the Clerk of Court;

      WHEREAS, on January 20, 2023, the Court sentenced Antoaneta Iotova and imposed a $400 mandatory assessment and ordered her to pay restitution in the amount of $24,639.47; and

      WHEREAS, the Government has moved pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044 for an order to apply the bond deposit currently held by the Clerk of Court toward the outstanding restitution balance;

      IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $5,000.00 in funds held in the Court's registry on behalf of Antoaneta Iotova to partially satisfy her outstanding restitution obligation. The Clerk of the Court is also respectfully directed to terminate the Government's motion. Doc. 628.

Dated: November 25, 2025
       New York, New York

                                                  HON. EDGARDO RAMOS
                                                  UNITED STATES DISTRICT JUDGE